IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFCOAT ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-431-WKW |
| | ) | [WO] |
| LINVILLE MEMORIAL FUNERAL | ) | |
| HOME, INC., BRAD LINVILLE, | ) | |
| and MADONNA LINVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the parties' Joint Motion to Transfer Venue. (Doc. # 15.) All parties request and expressly consent to a transfer of this action pursuant to 28 U.S.C. § 1404(a). Section 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought *or to any district or division to which all parties have consented.*" *Id.* § 1404(a) (emphasis added).

For the reasons set forth in the joint motion and based on the parties' consent, the court finds that a transfer of venue to the United States District Court for the Northern District of Alabama is convenient for the parties and is in the interest of justice. Accordingly, it is ORDERED that the Joint Motion to Transfer Venue (Doc. # 15) is GRANTED and that this action is TRANSFERRED to the United States

District Court for the Northern District of Alabama.  The Clerk of the Court is DIRECTED to take appropriate steps to effect the transfer.

DONE this 4th day of September, 2019.

                                                /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE